UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JESSICA A. E.[1], <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, <br><br> Defendant. | Case No. 1:22-CV-00260-BLW-DKG <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by United States Magistrate Judge Debora K. Grasham. (Dkt. 22). On July 22, 2019, Plaintiff protectively filed a concurrent application for Title II/Title XVI disability benefits. The application was denied upon initial review and on reconsideration. Plaintiff then sought review by an Administrative Law Judge ("ALJ") who issued a decision denying the claim. Plaintiff's timely request for review by the Appeals Council was denied, making the ALJ's decision the final decision of the

---

[1] 1 Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

**ORDER ADOPTING REPORT AND RECOMMENDATION - 1**

Commissioner of Social Security. Plaintiff then timely appealed that final decision to the Court.

On July 10, 2023, United States Magistrate Judge Debora K. Grasham issued a Report and Recommendation in this matter. (Dkt. 22). Pursuant to the statute, Judge Grasham gave the parties time to file written objections to the Report and Recommendation. See 28 U.S.C. 636(b)(1)(C). No objections were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Grasham's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

**IT IS ORDERED that:**

1. The Report and Recommendation entered on July 10, 2023 (Dkt. 22) is INCORPORATED and ADOPTED in its entirety.
2. The Commissioner's decision is REVERSED and REMANDED and Plaintiff's Petition for Review (Dkt. 1) is GRANTED.
3. This action is DISMISSED in its entirety, with prejudice.
4. The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: July 25, 2023

_____
B. Lynn Winmill
U.S. District Court Judge